**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF JANUARY 12, 2016**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
------------------------------------------------------------------
WD78431       Keith Drone vs. Missouri Department of Corrections, et al


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
------------------------------------------------------------------
**None**